No. 90–5768.   BRAVO *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 90–5770.   DYER *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 90–5773.   WILSON *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 90–5777.   WEST *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 90–5782.   SMITH *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 90–5786.   HIRSCH *v.* OREGON.   Ct. App. Ore.   Certiorari denied.

No. 90–5793.   CLARK *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 90–5797.   WILLIAMS *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 90–5798.   CHAVEZ *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 90–5810.   TAYLOR *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 90–5818.   GALLOWAY *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 90–5820.   CANDEAO *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 90–5821.   DAWN *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 90–5828.   PETTIGREW *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 90–5829.   POTEAT *v.* UNITED STATES.   Ct. App. D. C. Certiorari denied.